Submitted on record and briefs February 14, reversed and remanded
March 19, 1997

## DONALD TODD,
*Appellant,*

*v.*

## Robert SCHIEDLER,
Superintendent,
Santiam Correctional Institution,
*Respondent.*

(96C10258; CA A91859)

935 P2d 481

Lester E. Seto filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Soliticor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM